## 62466. JONES v. THE STATE.

QUILLIAN, Chief Judge.

The defendant appeals his conviction on a multicount indictment for violations of the Georgia Controlled Substances Act. *Held:*

The evidence was sufficient to authorize a rational trier of fact to find the defendant guilty beyond a reasonable doubt.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 30, 1981 —
REHEARING DENIED NOVEMBER 6, 1981 —

*Robert C. Ray,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. Andrew Weathers, Assistant District Attorneys,* for appellee.